UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 16-982 DMG(JC) | Date | November 16, 2016 |
|---|---|---|---|
| Title | Paul Schiro v. United States of America, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:**    (IN CHAMBERS)

**ORDER TO SHOW CAUSE RE DISMISSAL**

On March 10, 2016, in the United States District Court for the Northern District of Illinois, plaintiff Paul Schiro ("plaintiff"), who is in federal custody and was formerly housed at the Federal Correctional Institution at Victorville ("FCI Victorville"), is proceeding *pro se*, and has been granted leave to proceed *in forma pauperis*, filed a Civil Rights Complaint ("Complaint") asserting (1) a claim under the Federal Tort Claims Act, 28 U.S.C. §§ 2671 *et seq.* ("FTCA") ("FTCA Claim" or "Claim One") against the United States of America ("United States") for negligence in treating plaintiff's lung cancer ("Claim One"); and (2) an Eighth Amendment deliberate indifference to a serious medical need claim under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971) ("Bivens Claim," "Eighth Amendment Claim," or "Claim Two") against the "Unknown Medical Director, FCI Victorville" ("Medical Director Doe"), predicated upon the asserted failure to afford him adequate medical treatment for his lung cancer. (Complaint at 4-5). The case was subsequently transferred to the Central District of California and assigned to this Court for adjudication.

On October 14, 2016, the Court dismissed the Bivens/Eighth Amendment claim against Medical Director Doe (Claim Two) and such defendant (who was named only in Claim Two) with leave to amend and directed plaintiff, within fourteen (14) days, to file a First Amended Complaint, a "Notice of Intent to Proceed Solely Against the United States on the FTCA Claim (Claim One)," or a signed Notice of Dismissal of Defendant Unknown Medical Director, FCI-Victorville and Eighth Amendment Claim from this action. The Court further expressly cautioned plaintiff in bold-faced print that the failure timely to file a First Amended Complaint, a Notice of Intent to Proceed Solely Against the United States on the FTCA Claim (Claim One) or a Notice of Dismissal of Defendant Unknown Medical Director, FCI-Victorville and Eighth Amendment Claim from this action, may result in the dismissal of this action, with or without prejudice, based upon plaintiff's failure to comply with such order and/or plaintiff's failure to prosecute.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 16-982 DMG(JC) | Date | November 16, 2016 |
|---|---|---|---|
| Title | Paul Schiro v. United States of America, et al. | | |

To date, although the foregoing deadline has expired, plaintiff has failed to file a First Amended Complaint, a Notice of Intent to Proceed Solely Against the United States on the FTCA Claim (Claim One), a Notice of Dismissal of Defendant Unknown Medical Director, FCI-Victorville and Eighth Amendment Claim from this action, or to seek an extension of time to do so.

IT IS ORDERED that the plaintiff shall show cause in writing, on or before **December 1, 2016**, why this action should not be dismissed based upon plaintiff's failure to comply with the October 14, 2016 order and/or based upon plaintiff's failure to prosecute. **If plaintiff no longer wishes to pursue this action, he may expedite matters by instead signing and returning the attached Notice of Dismissal by the foregoing deadline.**

**Plaintiff is cautioned that the failure to comply with this order and/or to show good cause, may result in the dismissal of this action based upon plaintiff's failure to prosecute this action and/or plaintiff's failure to comply with the Court's order.**

IT IS SO ORDERED.

Attachment

Initials of Deputy Clerk    hr