UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SCHIRO,<br><br>        Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants. | Case No. EDCV 16-982 DMG(JC)<br><br>JUDGMENT |

    In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: December 22, 2016

                                        _____
                                            DOLLY M. GEE
                                   UNITED STATES DISTRICT JUDGE